IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN WASHINGTON OF WASHINGTON

| | |
|---|---|
| KEVIN CORNING and [K & K GROUNDWORKS, LLC]<br><br>Plaintiff,<br><br>vs.<br><br>MTD PRODUCTS, INC., a Delaware Corporation, and SEARS, ROEBUCK AND CO. a New York Corporation ;<br><br>Defendant. | Case No.: C17-00120-RAJ<br><br>[~~PROPOSED~~]ORDER AMENDING PLAINTIFF'S COMPLAINT AND JOINDER OF PARTY |

ORDER

This matter comes before the Court on Plaintiff's motion to amend the complaint and join a party. Dkt. # 18. Defendants do not object to the motion. Dkt. # 19. In light of Defendants' response and the standard outlined in Federal Rule of Civil Procedure 15(a)(2), the Court GRANTS Plaintiff's motion. Dkt. # 18.

//

//

**ORDER AMENDING PLAINTIFF'S COMPLAINT - 1**

**GLP ATTORNEYS, PLLC**

**ATTORNEYS AT LAW**

**1420 SOUTH UNION AVENUE, FLOOR 2**

**TACOMA, WA  98405**

**(253) 627-7701**

**FACSIMILE (253) 627-4160**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's complaint be amended, to add a K & K Groundworks, LLC as a party, as attached hereto.

Dated this 25th day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**ORDER AMENDING PLAINTIFF'S COMPLAINT - 2**

**GLP ATTORNEYS, PLLC**

**ATTORNEYS AT LAW**

**1420 SOUTH UNION AVENUE, FLOOR 2**

**TACOMA, WA 98405**

**(253) 627-7701**

**FACSIMILE (253) 627-4160**