Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEVIN CORNING,

        Plaintiff,

v.

MTD PRODUCTS, INC., *et al.*,

        Defendants.

No. C17-120RAJ

ORDER RE: JUROR LUNCHES

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 8-member jury in the above entitled action which was in deliberations on March 23, 2018.

DATED this 23rd day of March, 2018.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1