# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN CORNING,<br><br>    Plaintiff,<br><br>    v.<br><br>MTD PRODUCTS, INC. and SEARS, ROEBUCK AND CO.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-120RAJ |

**_X_**  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict; and

_____  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the jury's verdict form entered on March 23, 2018, Judgment is entered in favor of Defendants MTD Products, Inc. and Sears, Roebuck and Co., against Plaintiff Kevin Corning.

Dated this 23rd day of March, 2018.

                                          WILLIAM M. McCOOL,
                                          Clerk of the Court

                                          By:   _/s/ Victoria Ericksen_
                                                      Deputy Clerk